IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

John C. Moore, III,

    Plaintiff(s),

vs.

Donald Morgan, et al.,

    Defendant(s).

Case Number: 1:16cv655

Judge Susan J. Dlott

## ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on June 27, 2016 a Report and Recommendation (Doc. 5). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 9).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's claims against the Ohio Department of Rehabilitation and Correction (ODRC), the Ohio Highway State Patrol (OHSP), Ohio Department of Rehabilitation and Correctional Director Gary Mohr, Keith Fellure, Sgt. Michael Maughmer, Charles Miller, Linnea Mahlman, Joe Hale, and Antonion Lee be DISMISSED with prejudice.

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court