IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John C. Moore, III, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:16cv655 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Donald Morgan, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on January 12, 2018 (Doc. 60), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 26, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's motion to dismiss is DENIED.

Defendants' counsel is granted an extension of time until 20 days after this Order adopting the Report and Recommendation is entered to file a responsive pleading on behalf of defendants Hoover and Crabtree.

IT IS SO ORDERED.

    s/Susan J. Dlott
Judge Susan J. Dlott
United States District Court