UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN C. MOORE,
    Plaintiff,

vs.

DONALD MORGAN, et al.,
    Defendants.

Case No. 1:16-cv-655
Dlott, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court on plaintiff's motion for return of trial transcript and evidence submitted with motion in opposition to summary judgment (Doc. 96) and motion to terminate extension of time for summary judgment (Doc. 97).

For good cause shown, the motions are **GRANTED**.

The Clerk of Court is directed to return to plaintiff the trial transcript and evidence submitted in conjunction with his opposition to defendants' motion for summary judgment. *See* Doc. 95.

**IT IS SO ORDERED.**

Date: 9/6/19

Karen L. Litkovitz
United States Magistrate Judge